# *USERY & ASSOCIATES*

TUNG SING WONG, ESQ.
Admitted in NY and NJ

**MAILING ADDRESS:**
P.O. BOX 2996
HARTFORD, CT 06104-2996

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

Direct Dial: (917) 778-6429
Email: TWONG2@TRAVELERS.COM

The conference on November 2, 2023, is rescheduled to **December 7, 2023, at 11:00 a.m.**

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
Date: October 25, 2023

October 24, 2023

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

    Re:    **Northfield Insurance Company v. J&E Core Corp., et al**
             Case No.:    1:23-cv-06762-PGG

Dear Judge Gardephe:

    We represent Plaintiff Northfield Insurance Company ("Northfield") in the referenced matter. All defendants except J&E Core Corp. ("J&E") have been served, with D.P. Group General Contractors/Developers ("D.P."), and Ro-Sal Plumbing & Heating, Inc. ("Ro-Sal") having submitted their respective answers.

    Northfield respectfully requests an adjournment of the November 2, 2023 initial conference and an extension of time to submit an initial status report with a proposed case management order. Northfield have made numerous attempts to serve defendants Parkside Terrace Partnership Housing Development Fund Company, Inc. ("Parkside") and J&E Core Corp. ("J&E") and after attempts on multiple known addresses, Parkside was served on October 4, 2023 with an answer due October 25, 2023 and J&E was served on or about October 17, 2023 with an expected answer due November 7, 2023. Accordingly, it is requested that these defendants be afforded an opportunity to appear and participate in the case management plan and initial conference. It is respectfully requested that the initial conference be adjourned to December 7, 2023 or to a date more convenient for the Court. All parties consent to this request.

                         Respectfully Submitted,

                         */s/Tung Sing Wong*
                         Tung Sing Wong

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: | CALIFORNIA OFFICE: |
|---|---|---|---|
| ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 801 LAKEVIEW DRIVE | 655 N CENTRAL AVENUE |
| MS04A-0000 | 7TH FLOOR | SUITE 300 | SUITE 1100 |
| HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 | GLENDALE, CA 91203 |